**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nico Redding,                                                          Civil No. 07-1576 (DWF/RLE)

　　　　　　Plaintiff,

v.                                                                                    **ORDER**

Jan Hanlon, Officer Peine, Sgt. Starkson,
Lt. Krogh, Warden Stender, CPD J. Carter,
Nanette Larson, Warden Roehrich, and
Kim Clifford,

　　　　　　Defendants.

_____

Nico Redding, *Pro Se*, Plaintiff.

Margaret E. Jacot, Assistant Attorney General, Minnesota Attorney General's Office,
counsel for Defendants.

_____

　　　　Based upon the Report and Recommendation of Chief United States Magistrate

Judge Raymond L. Erickson, and after an independent review of the files, records and

proceedings in the above-entitled matter,

　　　　**IT IS HEREBY ORDERED** that**:**

　　　　1.　　The Motion of the Defendants to Dismiss, or for Summary Judgment, (Doc.

No. 53) is **GRANTED**.

　　　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  February 17, 2009　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　Judge of United States District Court